CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

GREENBELT MD 212

26 DEC 2025 PM 2 L



stamps
$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0014950512
FROM 21201

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY
KB    MAY 22 2026

_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

Gregory B. Myers
700 Gulf Shore Boulevard Shore
Naples, FL 34102

339   AA 1   N   C0012/31/25
UNABLE TO FORWARD/FOR REVIEW
NIXIE   339   DE 1   0005/19/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 21201260599    *2574-00241-19-40

CV 8