Case 8:25-cv-02338-TDC   Document 13   Filed 12/22/25   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**MAY 22** 2026

_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

GREGORY B. MYERS,

    Appellant,

    v.

ROGER SCHLOSSBERG,
BRIAN KING,
CRISTINA AND BRIAN KING
CHILDREN'S TRUST and
CRISTINA KING,

    Appellees.

Civil Action Nos. 25-2338-TDC

## ORDER

Appellant Gregory B. Myers has filed a Motion to Hold the Consolidated Appeals in Abeyance, ECF No. 12, pending the disposition of his current pending state court appeal, ACM-REG-0910-2025. Upon review, the Court finds an insufficient basis to warrant the proposed stay. Accordingly, it is hereby ORDERED that:

1. The Motion to Hold the Consolidated Appeals in Abeyance, ECF No. 12, is DENIED.

2. Within **21 days** of this Order, Myers shall file his opening brief pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(1). If he fails to do so, the consolidated appeals will be dismissed pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(4).

Date: December 22, 2025

THEODORE D. CHUANG
United States District Judge