July 8, 2026

To the Clerk:

Please file one (1) original of the <u>Notice of Appeal</u> in each of the five (5) captioned cases:

25-2042

25-2103

25-2337

25-2635

25-2338

Thank you,

Greg Myers

(301) 325-2312

FILED
LOGGED ENTERED
RECEIVED
JUL 8 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY Night Drop DEPUTY