**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| **Transmittal to 4CCA of notice of appeal filed:** 07/08/26 | **District:** Maryland | **District Case No.:** 8:25-cv-02338-TDC |
|---|---|---|
| ✔ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA ___ Paper Supp.<br>Vols: _____<br>Other: _ | **Division:** Southern<br><br>**Caption:** Gregory B. Myers<br>v.<br>Roger Schlossberg, et al. | **4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement-**Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation | ___ No fee required (USA appeal)　___ Appeal fees paid in full　✔ Fee not paid |
| **Defendant Address-**Criminal Case: | **Criminal Cases:**<br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:**<br>Judge Theodore D. Chuang | **PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all):<br><br><br>**Coordinator:** | **Sealed Status** (check all that apply):<br>_____ Portions of record under seal<br>_____ Entire record under seal<br>_____ Party names under seal<br>_____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ✔ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>✔ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | ___ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |

Deputy Clerk: Stephanie Savoy　　Phone: 410-962-3928　　Date: 07/09/26

10/2022