FILED:  July 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1899
(8:25-cv-02338-TDC)

_____

In re: GREGORY B. MYERS

        Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee; BRIAN KING; BRIAN KING; CRISTINA
KING; CRISTINA AND BRIAN KING CHILDREN'S TRUST

        Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-02338-TDC |
| Date notice of appeal filed in originating court: | 07/08/2026 |
| Appellant(s) | Gregory B. Myers |
| Appellate Case Number | 26-1899 |
| Case Manager | R. Phillips 804-916-2702 |