# EXHIBIT 8

**April 2, 2018 Serv Trust Demand for Jury Trial**

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

BRIAN KING, et al.,

    Plaintiffs,

v.

SERV TRUST,

    Defendant.

Case No.:  436977-V

---

### DEMAND FOR JURY TRIAL

---

**COMES NOW** the Defendant, Serv Trust, through counsel, Dominic J. Souza, Esquire, Stephen Kontson, Esquire, and Souza, LLC, and pursuant to Maryland Rule 2-325, Defendant hereby elects a jury trial on all claims advanced in the above-captioned action.

Respectfully submitted,

**SOUZA LLC**
2543 Housley Road
Annapolis, Maryland 21401
Tel:  (410) 571-8366
Fax:  (410) 571-8367

By: _____
    Dominic J. Souza, Esquire
    Stephen Kontson, Esquire
    *Attorneys for Defendant*

Souza LLC

2543 Housley Rd.

Annapolis, MD 21401

(410) 571-8366

1

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

BRIAN KING, et al.,

    Plaintiffs,

v.
                                        **Case No.:  436977-V**

SERV TRUST,

    Defendant.

---

## CERTIFICATE OF SERVICE

---

I HEREBY CERTIFY that on this _2nd_ day of April, 2018, I did forward a copy of the

foregoing DEMAND FOR JURY TRIAL via United States, First-Class Mail, postage pre-paid,

to:

    Maurice B. VerStandig, Esq.
    9812 Falls Road, #114-160
    Potomac, Maryland 20854
    Phone:  301-444-4600
    Facsimile:  301-576-6885
    E-mail:  mac@mbvesq.com
    *Attorney for the Plaintiffs*

By: _____
        Dominic J. Souza, Esquire

**Souza LLC**

2543 Housley Rd.

Annapolis, MD 21401

(410) 571-8366

2