CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND  21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

BALTIMORE MD 212

28 MAY 2026PM 2 L

stamps.com
$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0014950406
FROM 21201

BS8976.23

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY        DEPUTY
    JUL 2 4 2026

FILED ___     ___ ENTERED
LOGGED ___    ___ RECEIVED

Gregory B. Myers
700 Gulf Shore Boulevard N.
Naples, FL 34102

NIXIE        339    5E 1          0207/18/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

UNC BC: 21201260599     *0192-04332-28-41

