CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

BALTIMORE MD 212

19 NOV 2025PM 3 L



$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0001443332
FROM 21201

B58855.10

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                        DEPUTY

JUL 24 2026

_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED

**Gregory B. Myers**
**700 Gulf Shore Boulevard Shore**
**Naples, FL 34102**

NIXIE      339   5E 1      0207/18/26
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 21201260599    *2227-04792-19-45

UNC
21201>2605
34102-53250

