Office of the Clerk
United States District Court
Baltimore, MD 21201

**OFFICIAL BUSINESS**

$1.03⁰
US POSTAGE IMI
FIRST-CLASS
063S0014950460
FROM 21201
S99792.116

**Gregory B. Myers**
**700 Gulf Shore Boulevard Shore**
**Naples, FL 34102**

AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

JUL 2 4 2026

_____ FILED        _____ ENTERED
_____ LOGGED       _____ RECEIVED

NIXIE        339   4E 1         0207/18/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 21201              *2474-05376-18-34